# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Grady Lothridge, Jr. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:20-2110-RMG |
| ) | |
| vs. ) | |
| ) | |
| Kilolo Kijakazi, Acting Commissioner ) | |
| of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation (R & R) on August 25, 2021, recommending that the decision of the Commissioner be reversed and remanded to the agency because of the failure of the Administrative Law Judge ("ALJ") to provide adequate findings and support for the conclusion that Plaintiff did not meet the requirements of the various mental health Listings (Dkt. No. 36 at 15-23). The Acting Commissioner has advised the Court that she does not intend to file objections to the R & R. (Dkt. No. 37).

The Court has reviewed the R & R and the record evidence and finds that the Magistrate Judge has ably addressed the factual and legal issues in this matter. Therefore, the Court **ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision

of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order. On remand, the ALJ is further directed to address the other issues raised by Plaintiff in his appeal before this Court.

    AND IT IS SO ORDERED.

                                                                                S/ Richard Mark Gergel
                                                                                Richard Mark Gergel
                                                                                United States District Judge

Charleston, South Carolina
September 13, 2021